JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )  | No. CR 09-01158 SBA |
|     Plaintiff,            ) | STIPULATION AND  ORDER |
|     v.            ) | CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| WILLIAM MITCHELL,            ) | |
|     Defendant.            ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his counsel of record, hereby stipulate and ask the Court to find as follows:

     1.    A status conference in this matter is currently scheduled for 9 a.m. on Tuesday, February 16, 2010.

     2.    The parties request that this hearing be continued until 9 a.m. on Tuesday, March 23, 2010, in order to provide defendant's counsel with additional time to evaluate the evidence in this case and determine whether or not defendant should enter a change of plea or file motions and to prepare for trial in this matter.

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

3. Specifically, defendant's counsel needs the continuance in order to review discovery with defendant (some of which is forthcoming), investigate the case, and develop a motions and/or trial strategy in light of the discovery. The parties believe that failure to grant the above-requested continuance would deny defendant's counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4. Thus, the parties respectfully request that the Court find that the time period from February 16, 2010, to March 23, 2010, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 11, 2010        /s/
                                GARTH HIRE
                                Assistant United States Attorney

                                Attorney for United States of America

Dated: February 11, 2010        /s/
                                RICHARD TAMOR

                                Attorney for Defendant
                                William Mitchell

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME                 2

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled February 16, 2010, status conference hearing is vacated. A status conference hearing is now scheduled for 9:00 a.m. on March 23, 2010.

2. The time period from February 16, 2010, to March 23, 2010, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

DATED: 2/16/10                          _____
                                        HONORABLE SAUNDRA BROWN ARMSTRONG
                                        UNITED STATES DISTRICT JUDGE