MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:   (510) 637-3723
    Facsimile:    (510) 637-3724
    E-mail:       Garth.Hire@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR 09-01158 SBA |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR CONTINUANCE OF HEARING DATE |
| v. | Current Hearing Date:   October 22, 2014<br>Proposed Hearing Date:  October 28, 2014 |
| WILLIE MITCHELL, | |
| Defendant. | |

      Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Garth Hire, and defendant Willie Mitchell (MITCHELL), by and through his counsel of record, Richard Tamor, hereby stipulate as follows:

      1.     MITCHELL is presently scheduled for a status conference on Wednesday, October 22, 2014, regarding his pending Form 12 Petition which alleges that MITCHELL violated the terms and conditions of his supervised release.

2. Due to scheduling issues, counsel for defendant MICHELL and the government respectfully request that the matter be continued to 9:30 a.m. on Tuesday, October 28, 2014.

IT IS SO STIPULATED.

Dated: October 20, 2014               MELINDA HAAG
                                      United States Attorney

                                      /S/   *Garth Hire*
                                      GARTH HIRE
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA


/S/  *per e-mail authorization*       10/20/2014
RICHARD TAMOR                                         Date
Attorney for Defendant
Willie Mitchell

# [PROPOSED] ORDER

The Court has read and considered the Stipulation Regarding Request for Continuance of Hearing Date. The Court hereby finds that the Stipulation provides good cause for a continuance. THEREFORE, FOR GOOD CAUSE SHOWN:

The status conference in this matter scheduled for October 22, 2014, is continued to 9:30 a.m. on Tuesday, October 28, 2014.

IT IS SO ORDERED.

10/20/14                                              *Kandis Westmore*
DATE                                                  HONORABLE KANDIS A. WESTMORE
                                                      UNITED STATES MAGISTRATE JUDGE