RICHARD A. TAMOR
TAMOR & TAMOR
The Sierra Building
311 Oak Street, Suite 108
Oakland, CA 94607
Telephone: (415) 655-1969
Facsimile: (415) 887-7658
web: www.TamorLaw.com

Attorneys for Defendant WILLIAM MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM MITCHELL,<br><br>Defendant. | Case No. CR-09-01158 SBA<br><br>[~~PROPOSED~~] ORDER RELEASING DEFENDANT WILLIAM MITCHELL FROM CUSTODY |

Having heard arguments from the parties,

IT IS HEREBY ORDERED that William Mitchell (PFN: ULQ635) shall be released from Custody forthwith. Mr. Mitchell shall reside in a residence as directed by U.S. Probation, and shall not change residence without prior approval of U.S. Probation. Mr. Mitchell shall contact U.S. Probation within 24 hours of his release.

*[handwritten: w/ 2 certified copies to US Marshal, Probation]*

1

Date: December 4, 2017

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

U.S. v. WILLIAM MITCHELL, CR 09-01158 SBA; SENTENCING MEMORANDUM                    2